FILED
2007 Sep-05 AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] 2:05-56-LSC-JEO |
| Donnie Craig Kennedy, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This Court has reviewed the Report and Recommendation [Doc. 17] of the Honorable John E. Ott, United States Magistrate Judge, entered the 21st day of August 2007, as well as the objections to the Report and Recommendation made by the defendant [Doc. #20]. This Court has made a *de novo* determination of those findings and portions objected to by the defendant in this case, pursuant to 28 U.S.C. § 636(b)(1).

It is Ordered that the Report and Recommendation [Doc. 17] of the Honorable John E. Ott, United States Magistrate Judge, be accepted as entered with the exception of the recommendation dealing with the Defendant's statement concerning his possession of a pistol permit. This

Court does not rule that such statement is inadmissible; instead, this Court will consider further argument on the issue during trial and before the Government attempts to offer the statement into evidence.

It is clear to this Court that the admissibility of the statement has no bearing upon the admissibility of the remainder of the evidence, such as the firearm in question.  The portion of the Recommendation that confirms the admissibility of the firearm, regardless of the admissibility of the statement concerning the permit, is adopted.  This Court does not accept the Defendant's contention that the officer would have, absent the discovery of a warrant, allowed him to continue on his way with the pistol if the officer had not inquired about the defendant's permit.

Regardless, the Government has possession of the pistol and may properly offer it as evidence in the prosecution of the Defendant for the violation of 18 U.S.C. § 922(g).  His possession of a permit - or lack thereof - probably will not even be material to the charge brought against the defendant in this case.  Further, the pistol was discovered by the officer when it fell from the Defendant's clothing prior to the officer asking the Defendant if he had a permit.

Done this 5th day of September 2007.

                                      2620
                         L. SCOTT COOGLER
                UNITED STATES DISTRICT JUDGE